LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 290413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 954-2380
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MORGANA MYVETT,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-CV-10002 SK<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED AND SIX DOLLARS AND 57/100 ($5,506.57) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 3/23/2023          _____
                                        HON. STEVE KIM
                                        UNITED STATES MAGISTRATE JUDGE